```
                                    FILED
                           CLERK, U.S DISTRICT COURT

                                 JUN  6 2011

                           CENTRAL DISTRICT OF CALIFORNIA
                           BY            DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Bennie E Benson<br><br>　　　　　Defendant. | Case No. CR 10-1337<br><br>ORDER OF DETENTION AFTER HEARING<br>(Fed.R.Crim.P. 32.1(a)(6)<br>18 U.S.C. § 3143(a)<br>· Allegations of Violations of<br>Probation/Supervised Release<br>Conditions) |

　　　　On arrest warrant issued by the United States District Court for the **Central District of Calif** involving alleged violations of conditions of probation/supervised release:

　　　1.　The court finds that no condition or combination of conditions will reasonably assure:

　　　　　A.　(X) the appearance of defendant as required; and/or

　　　　　B.　(X) the safety of any person or the community.

///
///
///
///
///

2. The Court concludes:

   A. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on: Criminal history, mental health issues, substance abuse and failure to follow conditions of release

   B. (X) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on: mental health issues, substance abuse issues, failure to follow conditions of release, lack of adequate sureties

IT IS ORDERED that defendant be detained.

DATED: 6/6/11

_____
United States Magistrate Judge
SUZANNE H. SEGAL